# United States Court of Appeals
# For the First Circuit

_____

No. 25-1309

UNITED STATES OF AMERICA, *ex rel.* REYNALDO SOLANO AND NEALS MAXILIN;
STATE OF CALIFORNIA, STATE OF FLORIDA, STATE OF ILLINOIS,
COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF NEW
JERSEY, STATE OF NEW YORK, STATE OF TEXAS, *ex rel.* REYNALDO SOLANO AND
NEALS MAXILIN,

Plaintiffs, Appellants,

v.

BARTON ASSOCIATES, INC.,

Defendant, Appellee,

MEDTECH WORLDWIDE, INC.; REALTIME PHYSICIANS, LLC; OCENTURE, LLC;
CARELUMINA, LLC,

Defendants.
_____

Before

Barron, <u>Chief Judge</u>,
Howard and Rikelman, <u>Circuit Judges</u>.
_____

**ORDER OF COURT**

Entered: January 23, 2026

In its response brief, Appellee identified several instances of what appear to be Appellants' citation of nonexistent quotations in their opening brief. Appellee also noted, during oral argument, that Appellants used additional nonexistent quotations in Appellants' reply brief.

Counsel for Appellants -- Christopher Furlong -- did not make any filing to this Court responding to Appellee raising this issue in its response brief, nor did he address it during oral argument until asked. Counsel for Appellants is directed to explain why and how he included

nonexistent citations in his briefs, why he failed to address the issue with this Court, and why this Court should not impose sanctions.  Counsel for Appellants is directed to file his response to this order with this Court no later than February 9, 2026.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mathew P. Jasinski
Christopher Furlong
Donald Campbell Lockhart
Abraham R. George
Alexandra L. Brazier
Lindsey Ross
Kevin Paul Martin
Miranda Hooker
Jordan Bock